```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 12751
   BARBARA H MCCULLOUGH
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7981

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/31/2004 and was confirmed 06/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00            .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED            .00             .00
AT&T WIRELESS DETROIT PC  UNSECURED        NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED           934.24            .00          934.24
CARDIOVASCULAR MEDICAL A  UNSECURED        NOT FILED            .00             .00
HOUSEHOLD BANK            UNSECURED        NOT FILED            .00             .00
ILLINOIS RETI             UNSECURED        NOT FILED            .00             .00
KOHLS                     UNSECURED           179.46            .00          179.46
MED-FI ACCEPTANCE LLC     UNSECURED           233.75            .00          233.75
METRO INFECTIOUS DISEASE  UNSECURED        NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          1039.72            .00         1039.72
PROVIDIAN                 UNSECURED        NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          4617.11            .00         4617.11
ST FRANCIS HOSITAL        UNSECURED        NOT FILED            .00             .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE       547.71            .00          547.71
CAPITAL ONE BANK          UNSECURED          2155.86            .00         2155.86
SELECT PORTFOLIO SERVICI  COST OF COLLE       400.00            .00          400.00
SELECT PORTFOLIO SERVICI  COST OF COLLE       400.00            .00          400.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       2,981.00                       2,981.00
TOM VAUGHN                TRUSTEE                                            731.15
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              14,220.00

PRIORITY                                      .00
SECURED                                  1,347.71
UNSECURED                                9,160.14
ADMINISTRATIVE                           2,981.00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 12751 BARBARA H MCCULLOUGH
```

```
TRUSTEE COMPENSATION                                             731.15
DEBTOR REFUND                                                       .00
                                        ---------------    ---------------
TOTALS                                        14,220.00          14,220.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/25/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 04 B 12751 BARBARA H MCCULLOUGH